# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2088
L.T. Case No. 2024-CA-001687

_____

CAROL HICKS,

    Appellant,

    v.

ESQUIRE TRUSTEE SERVICE, LLC,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Robert Michael Dees, Judge.

Carol Hicks, Jacksonville, pro se.

No Appearance for Appellee.

December 17, 2024

PER CURIAM.

    AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

MAKAR, WALLIS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____